# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

U.S. BANK, NATIONAL ASSOCIATION,

    Plaintiff,

vs.

COUNTRYSIDE HOMEOWNERS ASSOCIATION, *et al.*,

    Defendants.

Case No.: 2:15-CV-01463-RCJ-DJA

ORDER

IT IS HEREBY ORDERED that calendar call currently scheduled for 10:00 A.M., Monday, November 18, 2019, in Reno Courtroom 3, before Judge Robert C. Jones is VACATED.

IT IS FURTHER ORDERED that calendar call is RESCHEDULED to 09:00 A.M., Tuesday, November 19, 2019, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that the jury trial currently scheduled for 08:30 A.M., Monday, December 2, 2019, in Reno Courtroom 3, before Judge Robert C. Jones is VACATED.

IT IS FURTHER ORDERED that the jury trial is RESCHEDULED to 8:30 A.M., Monday, December 2, 2019, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that the parties shall comply with the deadlines as set forth in the Amended Order Regarding Trial (ECF No. 93).

IT IS SO ORDERED this 13th day of November, 2019.

_____
ROBERT C. JONES
Senior District Judge