JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
**HONG & HONG LAW OFFICE**
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Ph: (702) 870-1777
Fax: (702) 870-0500
E-mail: yosuphonglaw@gmail.com
*Attorney for KK Real Estate Investment Fund, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CSFB MORTGAGE SECURITIES CORP., ADJUSTABLE RATE MORTGAGE TRUST 2005-8, ADJUSTABLE RATE MORTGAGE BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-8,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYSIDE HOMEOWNERS ASSOCIATION; KK REAL ESTATE INVESTMENT FUND, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.: 2:15-cv-01463-RCJ-DJA<br><br><span style="color:red">ORDER GRANTING</span><br><br>MOTION TO RECONSIDER ORDER DENYING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-CLAIMANT KK REAL ESTATE INVESTMENT FUND, LLC AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST |

COMES NOW, Joseph Y. Hong, Esq. of the law firm of Hong & Hong ("Counsel"), counsel of record for Defendant/Counterclaimant, KK Real Estate Investment Fund, LLC. ("Defendant" or "KK Real Estate"), moves the Court to reconsider its November 13, 2019 Order denying his Motion to Withdraw as Counsel, [ECF No. 96], pursuant to rule 54(b).

**MEMORANDUM OF POINTS AND AUTHORITIES**

I. **INTRODUCTION**

The instant case arose out of a Complaint filed by Plaintiff, U.S. Bank, National Association, as Trustee for The Holders of The CSFB Mortgage Securities Corp., Adjustable Rate Mortgage Trust 2005-8, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-8 (hereinafter referred to as "Plaintiff" or "U.S. Bank") [ECF No. 1], in the United States District Court, District of Nevada bearing Case No. 2:15-cv-1463-RCJ-DJA, on or about July 31, 2015, alleging damages against Defendant, KK Real Estate, with regard to the property located at 8543 Ebony Hills Way, Las Vegas, Nevada 89123.

On or about September 17, 2015, Defendant filed an Answer and Counterclaim [ECF No. 21], and on or about October 1, 2015, Plaintiff filed an Answer to the Counterclaim [ECF No. 23].

On or about October 31, 2016, Plaintiff filed a Motion for Summary Judgment [ECF No. 48] in which Defendant, KK Real Estate, responded to [ECF No. 49] on or about November 23, 2016, followed by a Reply in Support of U.S. Bank's Motion for Summary Judgment [ECF No. 52] on or about December 12, 2016.

On or about January 12, 2017, a Substitution of Attorney for KK Real Estate [ECF No. 54] was filed by Maier Gutierrez Ayon to substitute in for Hong & Hong. An Order [ECF No. 55] was entered that ruled in favor of U.S. Bank's Motion for Summary Judgment on or about April 13, 2017, in which KK Real Estate filed a Notice of Appeal [ECF No. 59] on or about May 11, 2017.

On or about May 19, 2017, Maier Gutierrez & Associates filed a Motion to Withdraw as Attorneys of Record [ECF No. 62] for Defendant, KK Real Estate. On or about June 6, 2017, an Order [ECF No. 68] was entered granting Maier Gutierrez & Associates' Motion to Withdraw,

followed by Ayon Law, PLLC's Notice of Appearance [ECF No. 70] on behalf of KK Real Estate on or about June 20, 2017.

At the Status Conference set by the Court on June 10, 2019 [ECF No. 80], the Court determined that this matter be set for a Calendar Call on November 19, 2019 at 9:00 a.m. in Reno, Nevada, and Jury Trial to follow on December 2, 2019 at 8:30 a.m., in Reno, Nevada.

Ayon Law, PLLC filed a Motion to Withdraw as Attorneys of Record [ECF No. 85] for Defendant, KK Real Estate, on September 5, 2019, and an Order granting same [ECF No. 87] was entered on September 9, 2019. Thereafter, On September 17, 2019, Hong & Hong filed its Notice of Appearance [ECF No. 88] on behalf of Defendant/Counter-claimant, KK Real Estate. On November 7, 2019, Hong & Hong filed its Motion to Withdraw as Counsel for Defendant/Counter-claimant [ECF No. 92] for the reasons set forth therein.

On November 13, 2019, the Court issued its Order [ECF 96] denying same but provided that "the Court would reconsider this motion if counsel can present substitute counsel such that trial will not need to be continued." *See* ECF No. 96.

On November 14, 2019, the Law Offices of Michael F. Bohn, Esq., filed its Notice of Appearance on behalf of Defendant/Counter-claimant KK Real Estate [ECF No. 100].

Thus, as KK Real Estate now has retained substitute counsel, and pursuant to this Court's Order [ECF No. 96], Hong & Hong respectfully requests the Court reconsider its motion to withdraw from this matter prior to the commencement of jury trial.

## II. LEGAL ANALYSIS

Rule 54(b) allows a Court to revise an interlocutory order "at any time before the entry of judgment adjudicating all claims and all parties' rights and liabilities." Accordingly, "[w]here reconsideration of a non-final order is sought, the Court has inherent jurisdiction to modify, alter

or revoke it." *Goodman v. Platinum Condo. Dev., LLC*, No. 2:09-CV-00597-KJD, 2012 WL 1190827, at *1 (D. Nev. Apr. 10, 2012).

As the Court will glean, the condition upon which the Court would reconsider the Motion to Withdraw has occurred as KK Real Estate has retained substitute counsel for Hong & Hong. Furthermore, as provided by Rule 54(b) and *Goodman*, the Court has jurisdiction to reconsider its Order, ECF No. 96 because the conditions as set forth therein have been satisfied.

### III. CONCLUSION

Counsel, therefore, respectfully requests this Court to reconsider its Motion to Withdraw as Counsel and grant said Motion to Withdraw pursuant to the conditions of the Order having been met.

DATED this ___ day of November, 2019.

**HONG & HONG**

_____
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Attorney for Defendant/Counterclaimant
*KK Real Estate Investment Fund, LLC.*

IT IS HEREBY ORDERED that the Motion to Reconsider Order Denying Motion to Withdraw as Counsel for Defendant/Counter-Claimant KK Real Estate Investment Fund, LLC and Request to be Removed From ECF Service List (ECF No. 101) is GRANTED.
IT IS SO ORDERED this 15th day of November, 2019.

_____
ROBERT C. JONES
District Judge