**Lipson Neilson P.C.**
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CSFB MORTGAGE SECURITIES COP., ADJUSTABLE RATE MORTGAGE TRUST 2005-8, ADJUSTABLE RATE MORTGAGE–BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-8,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYSIDE HOMEOWNERS ASSOCIATION; K K REAL ESTATE INVESTMENT FUND, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-1463-RCJ-DJA |
| AND RELATED ACTIONS. | |

**ORDER**

COMES NOW, Plaintiff U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CSFB MORTGAGE SECURITIES COP., ADJUSTABLE RATE MORTGAGE TRUST 2005-8, ADJUSTABLE RATE MORTGAGE–BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-8 ("U.S. Bank"), and Defendant COUNTRYSIDE HOMEOWNERS' ASSOCIATION ("Countryside"), by and through their undersigned counsel and hereby stipulate and agree as follows:

1. On November 19, 2019, this Court entered an Order setting a briefing deadline for December 6, 2019. ECF No. 106.

2. U.S. Bank and Countryside have agreed upon terms of an amicable settlement of all the claims between them in the instant action. U.S. Bank and Countryside are currently in the process of drafting settlement documents to formally memorialize and effect said settlement.

3. U.S. Bank and Countryside acknowledge the binding nature of their settlement and that the deadline for briefing is approaching. As partial consideration for the settlement, Countryside will not have to brief the resolved claims. Countryside is relying in good faith upon U.S. Bank's representation that the claims have been resolved by agreement.

4. The settlement is only between U.S. Bank and Countryside. U.S. Bank's claims against KK Real Estate Investment Fund remain and are not altered or amended by this settlement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, in light of the settlement, U.S. Bank and Countryside respectfully request the court set a deadline sixty (60) days of this Notice of Settlement to file dismissal paperwork as to the claims against Countryside.

DATED this 27th day of November, 2019.

| AKERMAN LLP | LIPSON NEILSON P.C |
|---|---|
| /s/ *Scott R. Lachman* <br> Scott R. Lachman, Esq. <br> Nevada Bar. No. 12016 <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, NV 89134 <br> scott.lachman@akerman.com | /s/ *David T. Ochoa* <br> David T. Ochoa, Esq. <br> Nevada Bar No. 10414 <br> 9900 Covington Cross Dr., Suite 120 <br> Las Vegas, NV 89144 <br> dochoa@lipsonneilson.com |
| *Attorneys for Plaintiff U.S. Bank* | *Attorney for Defendant Countryside* |

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT JUDGE

Dated: ___ December 26, 2019.