AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CSFB MORTGAGE SECURITIES CORP., ADJUSTABLE RATE MORTGAGE TRUST 2005-8, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-8,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYSIDE HOMEOWNERS ASSOCIATION; K K REAL ESTATE INVESTMENT FUND, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01463-RCJ-DJA<br><br>**ORDER DISMISSING CLAIMS AGAINST COUNTRYSIDE HOMEOWNERS' ASSOCIATION** |

U.S. Bank, National Association, as Trustee for the Holders of the CSFB Mortgage Securities Corp., Adjustable Rate Mortgage Trust 2005-8, Adjustable Rate Mortgage-Backed Pass-Through Certificates Series 2005-8 (**U.S. Bank**) and Countryside Homeowner's Association (**HOA**) as follows:

1. This matter relates to real property located at 8543 Ebony Hills Way, Las Vegas, Nevada 89123 (the **property**).

2. U.S. Bank is the beneficiary of record of a deed of trust encumbering the property recorded with the Clark County Recorder on May 18, 2005, as Instrument No. 20050518-0001381.

///

50943571;1

3. On January 19, 2012, Countryside recorded a trustee's deed upon sale with the Clark County Recorder, as Instrument No. 201201190001522, reflecting Countryside acquired the property at a foreclosure sale of the property held on January 6, 2012 (the **foreclosure deed**).

4. U.S. Bank and Countryside have entered into a settlement agreement in which they have settled all claims between them in this case.

5. Among other things in the settlement agreement, Countryside agrees it no longer has an interest in the property for purposes of this action *vis a vis* the deed of trust. This disclaimer of interest does not apply to the continuing encumbrance of Countryside's declaration of covenants, conditions and restrictions, and any governing documents adopted thereunder, easements, servitudes, or other rights and interests in the property as governed by NRS chapter 116. Countryside further agrees it will take no position in this action or in any subsequent action regarding whether the deed of trust survived Countryside's foreclosure sale.

6. Among other things in the settlement agreement, U.S. Bank and Countryside agree that U.S. Bank does not waive its right to seek relief against the non-settling parties, including but not limited to KK Real Estate Investment Fund LLC and/or any other party claiming title to the property, related to its remaining claims in this action. U.S. Bank does not admit the deed of trust was extinguished, and any consideration exchanged for the dismissal of the claims against Countryside is not intended to be compensation for any loss of the deed of trust, but instead compensates U.S. Bank for fees incurred in litigating the propriety and effect of Countryside's foreclosure sale and related conduct.

7. U.S. Bank and Countryside further stipulate and agree that all claims in this matter asserted by U.S. Bank against Countryside are dismissed in their entirety with prejudice, with each party to bear its own attorneys' fees and costs.

///

///

///

///

8. U.S. Bank and Countryside request the court enter an order approving this stipulation.

DATED this 24th day of January, 2020.

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| /s/ Scott R. Lachman<br>Ariel E. Stern, Esq.<br>Scott R. Lachman, Esq.<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff U.S. Bank, N.A.* | /s/ David Ochoa<br>Kaleb D. Anderson, Esq.<br>Joseph Garin, Esq.<br>David Ochoa, Esq.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Countryside Homeowners Association* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 27, 2020

50943571;1